AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Florida__

USA
v.
Yuhao Wang, Jieten Zhang

Court's
**EXHIBIT AND WITNESS LIST**

Case Number: 20-5002-Snow

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lurana S. Snow | Jonathan Kobrinski | Juan Michelin & Hector Flores |
| TRIAL DATE(S) | COURT REPORTER 14:15:30 | COURTROOM DEPUTY |
| PTD hrg. 1-10-20 | DAR near 14:35:00 | Debbie Donovan / Christine (w/ KW) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 1-10-20 | ✓ | ✓ | Google Maps image near Salt Pond Keys |
| | 2 | " | ✓ | ✓ | Close up of Exhibit 1 |
| | 3 | " | ✓ | ✓ | 3rd Arial view of land bridge |
| | 4 | " | ✓ | ✓ | same image as #3 except with measurements |
| | 5 | " | ✓ | | distance between 2 Keys — Flemings & Dredgers |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages