Filed by _____ YH _____ D.C.
Jan 17, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-10005-CR-MOORE/BECERRA**

Case No. _____

18 U.S.C. § 795
18 U.S.C. § 1382

UNITED STATES OF AMERICA,

vs.

YUHAO WANG and
JIELUN ZHANG,

      Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At times material to this Indictment:

1. Naval Air Station (NAS) Key West, Sigsbee Park Annex is a vital military and naval installation under the Department of the Navy that requires protection against the general dissemination of information relative to it.

2. NAS Key West, Trumbo Point Annex is a vital military and naval installation under the Department of the Navy that requires protection against the general dissemination of information relative to it.

3. The defendant, **YUHAO WANG**, a citizen of the People's Republic of China, was present on NAS Key West, Sigsbee Park Annex, in the Southern District of Florida.

4. The defendant, **JIELUN ZHANG**, a citizen of the People's Republic of China, was present on NAS Key West, Sigsbee Park Annex, in the Southern District of Florida.

## COUNTS 1-6
### (Photographing and Sketching Defense Installations)
### (18 U.S.C. § 795)

1. The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about January 4, 2020, in Monroe County, in the Southern District of Florida, the defendants,

**YUHAO WANG and
JIELUN ZHANG,**

did knowingly, photograph a vital military and naval installation, without first obtaining permission of the commanding officer of the installation, as set forth in each count below:

| Count | Digital JPEG Photograph | Military and Naval Installation |
|---|---|---|
| 1 | _DSC7362 | NAS Key West, Sigsbee Park Annex |
| 2 | _DSC7367 | NAS Key West, Sigsbee Park Annex |
| 3 | _DSC7369 | NAS Key West, Sigsbee Park Annex and NAS Key West, Trumbo Point Annex |
| 4 | _DSC7372 | NAS Key West, Sigsbee Park Annex and NAS Key West, Trumbo Point Annex |
| 5 | _DSC7379 | NAS Key West, Trumbo Point Annex |
| 6 | _DSC7384 | NAS Key West, Sigsbee Park Annex |

In violation of Title 18, United States Code, Sections 795 and 2.

## COUNT 7
### (Entering Military, Naval, or Coast Guard Property)
### (18 U.S.C. § 1382)

1. The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about January 4, 2020, in Monroe County, in the Southern District of Florida, within the jurisdiction of the United States, the defendants,

**YUHAO WANG and
JIELUN ZHANG,**

went upon and entered NAS Key West, Sigsbee Park Annex, a military and naval installation for a purpose prohibited by law or lawful regulation, that is, to photograph a military and naval installation, a violation of Title 18, United States Code, Section 795, in violation of Title 18, United States Code, Sections 1382 and 2.

A TRUE BILL.

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JONATHAN KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

YUHAO WANG and
JIELUN ZHANG,

    Defendants.
_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division**: (Select One)

____ Miami    _x_ Key West
____ FTL    ____ WPB    ____ FTP

New Defendant(s)    Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect    Mandarin

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _x_ | Petty | | |
| II | 6 to 10 days | ____ | Minor | | |
| III | 11 to 20 days | ____ | Misdem. | _x_ | |
| IV | 21 to 60 days | ____ | Felony | ____ | |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.   20-5002-MJ-LSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   1/04/2020
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____ No _x_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____ No _x_

 

_____
JONATHAN E. KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501893

*Penalty Sheet(s) attached                      REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** YUHAO WANG

**Case No:** _____

Counts #: 1-6

Photographing and Sketching Defense Installations

Title 18, United States Code, Section 795

**\*Max. Penalty:** One (1) Year of Imprisonment

Count #: 7

Entering Military, Naval, or Coast Guard Property

Title 18, United States Code, Sections 1382

**\*Max. Penalty:** Six (6) Months of Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JIELUN ZHANG

**Case No:** _____

Counts #: 1-6

Photographing and Sketching Defense Installations

Title 18, United States Code, Section 795

***Max. Penalty:** One (1) Year of Imprisonment

Count #: 7

Entering Military, Naval, or Coast Guard Property

Title 18, United States Code, Sections 1382

***Max. Penalty:** Six (6) Months of Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**