# COURT MINUTES

## UNITED STATES MAGISTRATE JUDGE LURANA S. SNOW - KEY WEST, FLORIDA

DEFT: YUHAO WANG (J)     CASE NO: ~~20-5002-SNOW~~ 20-10005-CR-Moore
INTERPRETER: MANDARIN

AUSA: KAREN GILBERT / JONATHAN KOBRINSKI     ATTY: AFPD JUAN MICHELEN

AGENT: FBI     VIOL: Entering Military, Naval or Coast Guard Property for the Purpose of Photographing Defense Installations

PROCEEDING: ~~PRELIM~~/ARRAIGNMENT     RECOMMENDED BOND: PRETRIAL DETENTION

BOND HEARING HELD - yes / no     COUNSEL APPOINTED:

BOND SET @: DETENTION     To be cosigned by:

- Reading of Indictment Waived
- Not Guilty plea entered
- Jury trial demanded
- Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL | | | | |
| PTD/BOND HEARING | | | | |
| PRELIM/ARRAIGNMENT | | | | |

For the reasons stated by counsel for the Defendant and finding that the ends of justice served by the granting of the Defendant's ore tenus motion for a continuance to hire counsel outweigh the best interests of the public and the Defendant in a speedy trial. The Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

DATE: 1-21-20     TIME: 11:00 a.m.     DAR: 11:05:18